[No. 20998-5-II.     Division Two.     November 26, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY
LEE BELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-1-00673-6, Thomas R. Sauriol, J., entered
July 19, 1996. *Affirmed* by unpublished opinion per Sein-
feld, J., concurred in by Morgan and Hunt, JJ.

[No. 14698-7-III.     Division Three.     December 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
OWEN BARNES, *Appellant*.

Appeal from a judgment of the Superior Court for
Chelan County, No. 94-1-00234-2, Ted W. Small, J., entered
February 13, 1995. *Affirmed* by unpublished opinion per
Schultheis, A.C.J., concurred in by Brown, J., and Thomp-
son, J. Pro Tem.

[No. 15544-7-III.     Division Three.     December 2, 1997.]

MATTHEW WOODSON, ET AL., *Respondents*, v.
OKANOGAN RIVER RANCHES HOMEOWNERS ASS'N, ET
AL., *Appellants*.

Appeal from a judgment of the Superior Court for Oka-
nogan County, No. 94-2-00318-8, Jack Burchard, J.,
entered February 6, 1996. *Reversed* by unpublished
opinion per Brown, J., concurred in by Sweeney, C.J., and
Schultheis, J.